# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE TO THE COURT OF POSSIBLE RELATED CASE** |
| Plaintiff, | Criminal No.:  11-145 (SRN) |
| v. | |
| 1.  SHERI LYNN DELICH, <br> 2.  MY DINH LAM, and <br> 3.  ASHLEY ELIZABETH PRASIL, | |
| Defendant(s). | |

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to 11-235 (PAM).  **Please note: Do not reference a case that has been filed under seal.**  Please follow the sealed procedure in the ECF Criminal Procedures Guide.

   X      Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

         Cases involving the same defendant(s), whether the prior cases are open or closed.

   X      Cases arising out of the same operative set of facts, behavioral episode or course of conduct  whether the prior cases are open or closed.

   X      Cases that arise out of the same investigation and have temporal proximity.

         A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

   X      The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

         Other _____ .

Dated: July 28, 2011

B. TODD JONES
United States Attorney

*s/Robert M. Lewis*

BY: Robert M. Lewis
Assistant U.S. Attorney
Attorney ID No. 0249488