# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE TO THE COURT OF POSSIBLE RELATED CASE |
| Plaintiff, | |
| | Criminal No.:  11-CR-145-SRN |
| v. | |
| SHERI LYNN DELICH, et. al., | |
| Defendant(s). | |

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to 11-CR-299-PAM-SER.  **Please note: Do not reference a case that has been filed under seal.**  Please follow the sealed procedure in the ECF Criminal Procedures Guide.

\_\_\_ Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

\_\_\_ Cases involving the same defendant(s), whether the prior cases are open or closed.

\_X\_ Cases arising out of the same operative set of facts, behavioral episode or course of conduct  whether the prior cases are open or closed.

\_\_\_ Cases that arise out of the same investigation and have temporal proximity.

\_\_\_ A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

\_\_\_ The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

\_X\_ Other : Common victims

Dated: September 16, 2011

B. TODD JONES
United States Attorney

s/ Robert M. Lewis

BY: Robert M. Lewis
Assistant U.S. Attorney
Attorney ID No. 0249488