UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                      Criminal No. 11-145 (2) (SRN)

MY DINH LAM,
    Defendant.

---

**DEFENDANT MY DINH LAM'S MOTION TO FILE DOCUMENTS UNDER SEAL**

---

My Dinh Lam, appearing through his attorneys of record, George R. Dunn and Tilton & Dunn, P.L.L.P., moves the Court to file two documents under seal.

Sealing of these documents is necessary to protect confidential information.

                                                  Respectfully submitted,

                                                  TILTON & DUNN, P.L.L.P.

Dated: January 24, 2013           s/ George R. Dunn
                                                  George R. Dunn (#188165)
                                                  Attorneys for Defendant My Dinh Lam
                                                  2220 US Bank Center
                                                  101 East Fifth Street
                                                  St. Paul, Minnesota 55101
                                                  Telephone: (651) 224-7687
                                                  Facsimile: (651) 224-0239
                                                  Email: grdunn@juno.com